RCO LEGAL, P.S.  
Michelle Riel  
13555 SE 36th St, Suite 300  
Bellevue, WA 98006  
Tele: 425-440-6507

The Honorable Ronald B. Leighton

Attorneys for Defendants,  
M&T Bank and Northwest Trustee Service, Inc.

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

421 19TH AVENUE TRUST,

        Plaintiff,

    v.

M&T BANK CORPORATION, a New York corporation; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1-20,

        Defendants.

Case No: 13-05339-RBL

**ORDER GRANTING MOTION TO STAY PROCEEDINGS PENDING BANKRUPTCY COURT RULING**

THIS MATTER came before the Court upon Defendant M&T Bank ("M&T" hereafter) and Northwest Trustee Services, Inc. ("NWTS" hereafter)'s Motion to Stay Proceedings Pending Bankruptcy Court Ruling. The Court considered the Motion and any opposition thereto and the matters on record. It appears for the reasons stated in the Motion that the instant proceedings, including discovery, shall be stayed pending the Bankruptcy Court's ruling in <u>In re 421 19th Avenue Trust</u>, 13-42209-BDL (Bankr. W.D. WA 2013) as to M&T's Motion to Annul Any Automatic Stay and Validate Trustee's Sale.

ORDER GRANTING  
MOTION TO STAY PROCEEDINGS  
CASE NO. 13-05339-RBL

RCO LEGAL, P.S.  
13555 SE 36th St., Ste. 300  
Bellevue, WA 98006  
Phone: 425.458.2121  
Fax:    425.458.2131

NOW THEREFORE, IT IS HEREBY:

ORDERED that the instant proceedings are hereby STAYED pending the Bankruptcy Court's ruling in <u>In re 421 19th Avenue Trust</u>, 13-42209-BDL (Bankr. W.D. WA 2013) as to M&T's Motion to Annul Any Automatic Stay and Validate Trustee's Sale.

ORDERED this 28th day of June, 2013.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

**RCO LEGAL, P.S.**

 /s/  Michelle R. Riel
Michelle R. Riel, WSBA No. 42090
Attorneys for Defendant M&T Bank
and Northwest Trustee Services, Inc.

ORDER GRANTING
MOTION TO STAY PROCEEDINGS
CASE NO. 13-05339-RBL

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:     425.458.2131