1

RCO LEGAL, P.S.                                    The Honorable Ronald B. Leighton
Michelle Riel

2

13555 SE 36th St, Suite 300
Bellevue, WA 98006

3

Tele: 425-440-6507

4

Attorneys for Defendants,

5

M&T Bank and Northwest Trustee Service, Inc.

6

7

8

9

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

421 19TH AVENUE TRUST,                    )
                                          )        Case No:  13-05339-RBL

12

            Plaintiff,                    )
                                          )

13

    v.                                    )        **ORDER GRANTING MOTION TO**
                                          )        **STAY PROCEEDINGS PENDING**

14

M&T BANK CORPORATION, a New York )         **BANKRUPTCY COURT RULING**
corporation; NORTHWEST TRUSTEE   )

15

SERVICES, INC.; and DOES 1-20,            )
                                          )

16

            Defendants.                   )
_____ )

17

18

        THIS MATTER came before the Court upon Defendant M&T Bank ("M&T" hereafter)

19

and Northwest Trustee Services, Inc. ("NWTS" hereafter)'s Motion to Stay Proceedings Pending

20

Bankruptcy Court Ruling.  The Court considered the Motion and any opposition thereto and the

21

matters on record.  It appears for the reasons stated in the Motion that the instant proceedings,

22

including discovery, shall be stayed pending the Bankruptcy Court's ruling in In re 421 19th

23

Avenue Trust, 13-42209-BDL (Bankr. W.D. WA 2013) as to M&T's Motion to Annul Any

24

Automatic Stay and Validate Trustee's Sale.

25

26

ORDER GRANTING
MOTION TO STAY PROCEEDINGS
CASE NO. 13-05339-RBL

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOW THEREFORE, IT IS HEREBY:

ORDERED that the instant proceedings are hereby STAYED pending the Bankruptcy Court's ruling in In re 421 19th Avenue Trust, 13-42209-BDL (Bankr. W.D. WA 2013) as to M&T's Motion to Annul Any Automatic Stay and Validate Trustee's Sale.

ORDERED this 28th day of June, 2013.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

**RCO LEGAL, P.S.**

 /s/  Michelle R. Riel
Michelle R. Riel, WSBA No. 42090
Attorneys for Defendant M&T Bank
and Northwest Trustee Services, Inc.

ORDER GRANTING
MOTION TO STAY PROCEEDINGS
CASE NO. 13-05339-RBL

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131